```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Nnaemeka Onyekachi Onyeagwa,

                      Plaintiff,

                      -against-

Commissioner of Social Security,

                      Defendant.
-------------------------------------------------------------X

**ORDER OF SERVICE AND SCHEDULING ORDER IN SOCIAL SECURITY CASE**

23-CV-9909 (LGS) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

    This case has been referred to me for a report and recommendation.

    The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the consent form available on the Southern District website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If both parties consent, they should complete counterparts of the form and return it to the Honorable Judge Lorna G. Shofield, the assigned district judge, for approval.  If either or both parties do not consent, counsel for Plaintiff shall report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent.  This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

Plaintiff shall notify the Court, in writing, whether the parties consent no later than **Thursday, December 7, 2023**.

**SO ORDERED.**

Dated: November 17, 2023
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge